# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2707

_____

Zachary Scott Reed

*Plaintiff - Appellant*

v.

Michael Dixon; Patrick J. Boatman; Vernon D. McKague, Jr.; Scott G. Parish;
Adam Bennett; Vincent Vanderfeltz; Osage County, MO

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: May 6, 2021
Filed: May 11, 2021
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Zachary Reed appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. After careful de novo review of the record, *see Plymouth Cty. v. Merscorp, Inc.*, 774 F.3d 1155, 1158-59 (8th Cir. 2014) (standard of review), we find no error warranting reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.